In the Matter of Hal Jerome WARLICK.
(372 S. E. (2d) 910)

Supreme Court

September 21, 1988.

## ORDER

The above individual has petitioned this Court for reinstatement to the active practice of law in South Carolina. Based upon the recommendation of the Committee on Character and Fitness, Hal Jerome Warlick is hereby reinstated to the practice of law in this State.